```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                 **CIVIL ACTION NO. 2:09-0142**

**PATRICK J. O'REILLY,**

    **Defendant.**

### MEMORANDUM OPINION AND ORDER

On April 15, 2009, the pro se Defendant herein filed his Answer to the Complaint. (Doc. No. 7.) Defendant included exhibits with his Answer that contain information which is protected pursuant to Rule 5.2 of the Federal Rules of Civil Procedure. Rule 5.2(e) authorizes the filing of documents electronically with limitations on nonparty remote access, upon court order. See Fed. R. Civ. P. 5.2(e).

For good cause shown, it is hereby **ORDERED** that the exhibits submitted with Defendant's Answer shall be filed as a separate docket entry from the Answer itself, with access limited to court users, case participants, and the public terminal.

The Clerk is directed to mail a copy of this Memorandum Opinion and Order to Defendant and counsel of record.

It is **SO ORDERED** this 16th day of April, 2009.

                                                ENTER:

                                                David A. Faber
                                                Senior United States District Judge